NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE BILL OF LADING TRANSMISSION AND PROCESSING SYSTEM PATENT LITIGATION

---

**R+L CARRIERS, INC.,**
*Plaintiff-Appellant,*

v.

**PITT OHIO EXPRESS, INC.,**
*Defendant-Appellee.*

---

2012-1142

---

Appeal from the United States District Court for the Southern District of Ohio in No. 09-MD-2050 and 10-CV-0090, Chief Judge Sandra S. Beckwith.

---

## JUDGMENT

---

ANTHONY C. WHITE, Thompson Hine, LLP, of Columbus, Ohio, argued for plaintiff-appellant. With him on the brief was MEGAN D. DORTENZO, of Cleveland, Ohio. Of counsel was TROY S. PRINCE, of Cleveland, Ohio.

GRETCHEN L. JANKOWSKI, Buchanan Ingersoll & Rooney PC, of Pittsburgh, Pennsylvania, argued for defendant-appellee. With her on the brief was MICHAEL L. DEVER.

THIS CAUSE HAVING BEEN HEARD AND CONSIDERED, IT IS

ORDERED AND ADJUDGED:

PER CURIAM (NEWMAN, PROST, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 25, 2013 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |